IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

OLIVER DERRICK BROWN,

    Plaintiff,

v.

                                            CASE NO. 1:06-cv-00001-MP-AK

CAPTAIN J. MILLS, et al,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to United States District Court for the Middle District of Florida, Jacksonville Division. The Magistrate Judge filed a Report and Recommendation dated Tuesday, July 11, 2006. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* review of those portions to which an objection has been made. Here, however, no objections were made. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the Clerk is directed to transfer this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**DONE AND ORDERED** this <u>  *16th*</u> day of August, 2006

<u>         *s/Maurice M. Paul*         </u>

Maurice M. Paul, Senior District Judge